**Order filed March 26, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00152-CV
_____

**SAEID HASHEMNEZAD, US FINANCIAL AUTO CREDIT, US FINANCIAL AUTO CREDIT, L.L.C., AND AIDEN HASHEMNEZAD, Appellants**

**V.**

**MERSEDEH REZAEI AND WILLIAM SETH DANIEL, AND ELITE CUSTOM 4X4, LLC, Appellees**

On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2016-24517A

# O R D E R

The notice of appeal in this case was filed February 21, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

1

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 5, 2019.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM